**1667 RUNNELLS vs. DAGGETT (Clerk, Pentwater), No. 14296½.**

To compel the issuance of a license to operate a ferry.

Order to show cause denied May 21, 1895, on the ground that the application should be made to the Circuit Court.

**1668 COMMON COUNCIL (Hudson) vs. WHITNEY (Recorder), 53 M., 158.**

To compel respondent to advertise and sell certain lands returned for delinquent paving taxes.

Granted March 6, 1884.

Held, that the recorder could not refuse to perform the duty imposed upon him by the charter, on the ground that he believed the action of the council in laying the particular tax to be illegal, the proceeding being sufficiently regular and fair upon its face to protect ministerial action.

**1669 BROOKS vs. DETROIT, LANSING & NORTHERN RAILROAD CO., No. 12885.**

To compel respondent to issue to petitioner a 1,000 mile ticket in the name of himself and wife, as required by 3 How. Stat., Sec. 3323, as re-enacted by Act No. 90, Laws of 1891.

Order to show cause granted June 14, 1892, but a stipulation was filed July 29, 1892, discontinuing the proceedings.

**1670 CITY OF DETROIT vs. DETROIT & HOWELL PLANK ROAD COMPANY, 43 M., 140.**

To compel respondent to remove its toll gate beyond the city limits.

Denied April 7, 1880.